Stephanie Sheridan (CA 135910)
Meegan B. Brooks (CA 298570)
Nicolette Shamsian (CA 341466)
Benesch, Friedlander, Coplan & Aronoff LLP
100 Pine Street, Suite 3100
San Francisco, California 94111
Telephone: 628.600.2250
Facsimile: 628.221.5828
ssheridan@beneschlaw.com
mbrooks@beneschlaw.com
nshamsian@beneschlaw.com

Attorneys for Defendant
Cozy Earth Holdings, Inc.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN LUBY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COZY EARTH HOLDINGS, INC.,<br><br>Defendant. | Case No. 8:24-cv-2725-CV-ADS<br><br>**STIPULATED REQUEST TO STAY INITIAL SCHEDULING CONFERENCE & EXTEND DEFENDANT'S RESPONSE DEADLINE**<br><br>Current Response Date:       2/24/24<br>State Court Complaint Filed:  10/8/2024 |

Defendant Cozy Earth Holdings, Inc. ("Defendant") and Plaintiff Ryan Luby ("Plaintiff") (collectively, the "Parties"), by and through their respective counsel, jointly stipulate to a request this Court stay the scheduling conference currently set for February 24, 2025, and to extend Defendant's deadline to respond to the Complaint (also currently set for February 24, 2025).

In support of this jointly stipulated request, the Parties state as follows:

1. Defendant removed this action to this Court on December 18, 2024.

2. Pursuant to Fed. R. Civ. P. 81(c)(2)(C), Defendant's initial response to the Complaint was due on December 26, 2024. The Parties filed a Stipulation pursuant to L.R. 8-3 to extend the Defendant's initial response date by 29 days, until January 24, 2025.

3. Thereafter, the Parties jointly stipulated to request an extension of Defendant's initial response deadline, which was granted by the Court, up to and including February 24, 2025.

4. The Parties have been informally exchanging information about Plaintiff's claims and Defendant's defenses, have agreed to an informal early resolution, and plaintiff expects to dismiss in the coming weeks. Accordingly, the parties now request that Defendant's response deadline be further continued by 30 days, up to and including March 26, 2025, and that the initial scheduling conference be stayed pending the expected forthcoming dismissal of this action, in order to promote judicial economy.

5. A Proposed Order is being submitted with this request.

Dated: February 10, 2025                    Respectfully submitted,

*s/ Meegan B. Brooks*
STEPHANIE SHERIDAN (CA 135910)
MEEGAN B. BROOKS (CA 298570)
NICOLETTE SHAMSIAN (CA 341466)
Benesch, Friedlander, Coplan & Aronoff LLP
Attorneys for Defendant
Cozy Earth Holdings, Inc.

Dated: February 10, 2025					Respectfully submitted,

						*s/ Sophie Goren Gold*
						SOPHIE GOREN GOLD (CA 307971)
						JEFFREY D. KALIEL (CA 238293)
						AMANDA J. ROSENBERG (CA 278503)
						Kaliel Gold PLLC
						Attorneys for Plaintiff Ryan Luby

### SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

						*s/ Meegan Brooks*
						Meegan Brooks

3

**STIPULATED REQUEST TO STAY SCHEDULING CONFERENCE AND EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**
Case No. 8:24-cv-2725-CV-ADS