Sophia Goren Gold
*sgold@kalielgold.com*
KALIELGOLD PLLC
490 43rd Street, Suite 122
Oakland, CA 94609
Tel: 202-350-4783

*Counsel for Plaintiffs*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RYAN LUBY, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>COZY EARTH HOLDINGS, INC.,<br><br>Defendants. | Case No. 8:24-cv-02725-CV-ADS<br><br>Hon. Cynthia Valenzuela<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Plaintiff Ryan Luby, individually, by and through undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby files this Notice of Voluntary Dismissal with Prejudice of the above-captioned action.

1  DATED: May 15, 2025

Respectfully submitted,

/s/*Sophia Goren Gold*
Sophia Goren Gold
*sgold@kalielgold.com*
KALIELGOLD PLLC
490 43rd Street, Suite 122
Oakland, CA 94609
Tel: 202-350-4783

Amanda Jasmine Rosenberg
*arosenberg@kalielgold.com*
KALIELGOLD PLLC
1100 15th Street NW, 4th Floor
Washington, DC 20005
Tel: 202-350-4783

Jeffrey Douglas Kaliel
*jkaliel@kalielpllc.com*
KALIELGOLD PLLC
1100 15th Street NW
4th Floor
Washington, DC 20005
Tel: 202-350-4783

*Attorneys for Plaintiff*

---

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

2